**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**JACKIE DAVIS, III**                                                              **CIVIL ACTION**

**VERSUS**                                                                               **NO. 22-857-BAJ-RLB**

**COACH USA/MEGABUS**

**NOTICE**

      Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

      In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

      **ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

      Signed in Baton Rouge, Louisiana, on December 6, 2022.

                                                        **RICHARD L. BOURGEOIS, JR.**
                                                      **UNITED STATES MAGISTRATE JUDGE**

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**JACKIE DAVIS, III**                                                      **CIVIL ACTION**

**VERSUS**                                                                 **NO. 22-857-BAJ-RLB**

**COACH USA/MEGABUS**

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This Report and Recommendation is issued sua sponte. This matter is before the Court on Plaintiff's Complaint (R. Doc. 1) and Motion to Proceed in forma pauperis (R. Doc. 2) filed on November 1, 2022. On November 9, 2022, the Court entered an Order (R. Doc. 3) denying plaintiff's motion to proceed in forma pauperis on the basis that the motion indicated plaintiff had sufficient income and cash to pay the filing fee. The Court ordered plaintiff to pay the Court's $402 filing fee and plaintiff was given 21 days from the date of that Order to submit payment or this matter may be dismissed without further notice.

A review of the record indicates the Order (R. Doc. 3) was sent to plaintiff at the addresses on the docket and plaintiff has failed to respond or timely pay the Court's $402 filing fee.

### RECOMMENDATION

It is the recommendation of the Magistrate Judge that plaintiff's claims be dismissed, without prejudice, for failure to pay the Court's filing fee.

Signed in Baton Rouge, Louisiana, on December 6, 2022.

                                                      **RICHARD L. BOURGEOIS, JR.**
                                                      **UNITED STATES MAGISTRATE JUDGE**