UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JACKIE DAVIS, III                                                                  CIVIL ACTION

VERSUS

COACH USA/MEGABUS                                              NO. 22-00857-BAJ-EWD

## RULING AND ORDER

On December 6, 2022, the Magistrate Judge issued a **Report And Recommendation (Doc. 4, the "R&R")** recommending that the above-captioned action be dismissed without prejudice due to Plaintiff's failure to timely pay the Court's filing fee after the Court denied Plaintiff's prior motion to proceed *in forma pauperis*. The deadline to respond to the R&R has passed without payment of the filing fee, and without any objection from Plaintiff.

Upon de novo review, the Court **APPROVES** the Magistrate Judge's Report And Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE** for failure to pay the Court's filing fee.

Judgment will be entered separately.

Baton Rouge, Louisiana, this 10th day of January, 2023

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA